USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CONSTANTINO GONZALEZ-REYES,

           Petitioner,

-against-

DIRECTOR THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement, ACTING SECRETARY CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security, and SHERIFF CARL E. DUBOIS, in his official capacity as Sheriff of Orange County, New York.,

           Respondents.

---------------------------------------------------------------X

1:20-cv-02639-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The Court will hold a telephone conference in this case on March 31, 2020 at 1 p.m. The parties are directed to the Court's Emergency Rules related to the COVID-19 pandemic, which are available on the Court's website, for dial-in numbers for the conference and other relevant information. Petitioner is directed to serve this order on counsel for Respondent and to file proof of service.

      SO ORDERED.

Dated: March 30, 2020

                                                  GREGORY H. WOODS
                                                United States District Judge