USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CONSTANTINO GONZALEZ-REYES,

                       Petitioner,

          -against-

DIRECTOR THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement, ACTING SECRETARY CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security, and SHERIFF CARL E. DUBOIS, in his official capacity as Sheriff of Orange County, New York.,

                       Respondents.
--------------------------------------------------------------- X

1:20-cv-02639-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      As discussed on the record during the telephone conference held on March 31, 2020, the Court will hold a telephone conference in this case on April 2, 2020 at 3 p.m. If Petitioner is released before that conference, the parties are directed to alert the Court promptly via email to the Chambers inbox. The parties are directed to the Court's Emergency Rules related to the COVID-19 pandemic, which are available on the Court's website, for dial-in numbers for the conference and other relevant information. The parties are specifically directed to comply with Emergency Rule 2.C, which requires the parties to send an appearance sheet to Chambers at least five hours before a scheduled conference.

Petitioner is directed to serve this order on counsel for Respondent and to retain proof of service.

SO ORDERED.

Dated: March 31, 2020

_____
GREGORY H. WOODS
United States District Judge