# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

CONSTANTINO GONZALEZ-REYES,

                Plaintiff,

-against-                           20 **CIVIL** 2639 (GHW)

## JUDGMENT

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement, CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security, & CARL E. DUBOIS, in his official capacity as Sheriff of Orange County, New York,

                Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 31, 2020, Respondents' motion to dismiss Petitioner's habeas petition for lack of subject matter jurisdiction is GRANTED. Petitioner's Amended Petition is dismissed without prejudice; accordingly, this case is closed.

**Dated:** New York, New York

      December 31, 2020

                                      **RUBY J. KRAJICK**

                                      **Clerk of Court**

**BY:**    *K. Mango*

                                      **Deputy Clerk**